UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RYAN CHAPMAN,**

   *Plaintiff,*

**v.**                                  **Case No: 8:23-cv-00029-CEH-AEP**

**OPICHI, LLC, et al.,**

   *Defendants.*

_____/

**NOTICE OF SETTLEMENT**

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that all parties have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss this case with prejudice.

Respectfully submitted on March 29, 2023.

                                                */s/ Bryan J. Geiger*
                                                Bryan J. Geiger
                                                Florida Bar Number: 119168
                                                Seraph Legal, P. A.
                                                1614 N. 19th St.
                                                Tampa, FL 33605
                                                (813) 321-2348
                                                BGeiger@SeraphLegal.com
                                                *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 29, 2023 a copy of foregoing was filed via the CM/ECF System and served via email to Drew O'Malley, counsel for Defendants.

                                                */s/ Bryan J. Geiger*
                                                Bryan J. Geiger, Esq.
                                                FL Bar # 119168